```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
       v.                      )   Case No. 09-10280-DPW
                               )
WINSTON THOMAS,                )
 a/k/a Paul Bryson,            )
PETER BRYSON,                  )
RICHARDSON RHAU                )
    Defendants                 )
```

NOTICE TO THE COURT

Concerning the parties' Joint Motion To Continue the Trial Date, the government has learned that DEA Task Force Agent Matthew Gutwill was just recently informed that he has been denied medical clearance to participate in the Advanced Clandestine Laboratory Training at DEA Headquarters in Quantico, Virginia scheduled for February 6-14, 2011. (The training includes significant physical activity and training).  The parties press their motion for the other reasons stated therein.

                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

                         By:  /s/ Christopher F. Bator
                              Assistant U.S. Attorney
                              Date: January 19, 2011

CERTIFICATE OF SERVICE

    I, Christopher F. Bator, certify that I have served a copy of the foregoing document upon all counsel of record by electronic filing.

                      */s/ Christopher F. Bator*
                      Assistant U.S. Attorney
                      Date: January 19, 2011